■ In the Matter of ROBERT R. KAUFMAN.—Application for reinstatement as an attorney and counselor-at-law in the State of New York denied. Concur—Murphy, P. J., Kupferman, Sullivan, Carro and Milonas, JJ.

■ In the Matter of GENE LOY CHU.—Application for reinstatement as an attorney and counselor-at-law in the State of New York granted only insofar as to refer the matter to a Hearing Panel of the Departmental Disciplinary Committee for the First Judicial Department as indicated. Concur—Murphy, P. J., Kupferman, Sandler, Sullivan and Ross, JJ.